**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Corrie Lee Bates fka Corrie Stickney        CHAPTER 13
Debtor(s)

BKY. NO. 23-13444 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.


            Respectfully submitted,


/s/ **Mark A. Cronin**

Mark Cronin
21 Nov 2023, 15:50:38, EST


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322