THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Corrie L. Bates  :  Chapter 13
Debtor  :  Case No. 23-13444

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
## PURSUANT TO FED. R. BANKR. P. 2002

TO THE COURT:

Kindly enter my appearance on behalf of the Creditor, Bachman's Roofing, Building & Remodeling, Inc., in the above-captioned matter. Pursuant to Bankruptcy Rule 2002, all notices and pleadings should be forwarded to the address set forth below:

> Cheryl J. Allerton, Esquire
> Attorney for Creditor
> Allerton Bell, P.C.
> 1095 Ben Franklin Hwy E
> Douglassville, PA 19518
> cjallerton@allertonbell.com

ALLERTON BELL, P.C.

Date: November 30, 2023    By: _/s/ Cheryl J. Allerton_
Cheryl J. Allerton, Esquire
Attorney Id. No. 72741
1095 Ben Franklin Hwy E
Douglassville, PA 19518
T: (610) 385-0055
F: (610) 385-0056
E: cjallerton@allertonbell.com