THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Corrie Lee Bates, | : | Chapter 13 |
| Debtor | : | Case No.: 23-13444-amc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, undersigned counsel for Corrie Lee Bates, hereby certify that on May 10, 2024, a true and correct copy of the Debtor's Praecipe to Voluntary Dismiss the Chapter 13 Bankruptcy Case was forwarded to the following persons, as follows:

***via electronic notification by means of ECF:***

Cheryl Allerton, Esquire on behalf of Bachman's Roofing, Building & Remodeling
cjallerton@allertonbell.com

Denise Elizabeth Carlon, Esquire on behalf of Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com

James Randolph Wood, Esquire on behalf of Borough of Pottstown and Pottstown School District
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***via USPS first class mail, postage pre-paid:***

All other creditors on the mailing matrix not otherwise notified by ECF.

ROSS, QUINN & PLOPPERT, P.C.

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
Date: May 10, 2024          jquinn@rqplaw.com