United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Corrie Lee Bates  
    Debtor

Case No. 23-13444-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 4  
Date Rcvd: May 14, 2024　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

\+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corrie Lee Bates, 244 N. Keim Street, Pottstown, PA 19464-4417 |
| cr | + | Bachman's Roofing, Building & Remodeling, 36 S Elm Street, Wernersville, PA 19565-2132 |
| cr | + | Borough of Pottstown and Pottstown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14836729 | + | Attorney General of Texas-Child Support Division, P.O. Box 659791, San Antonio, TX 78265-9791 |
| 14836563 | + | Attorney General of Texas-Child Support Division, P.O. Box 14818, Austin, TX 78761 |
| 14830621 | | Bachman's Roofing Building and Remodelin, 38 S Elm Street, Wernersville, PA 19565 |
| 14836624 | + | Bachman's Roofing, Building & Remodeling, c/o Cheryl J. Allerton, Esquire, Allerton Bell, P .C., 1095 Ben Franklin Hwy E, Douglassville, PA 19518-1800 |
| 14836469 | + | Bachman's Roofing, Building & Remodeling, Inc., c/o Cheryl J. Allerton, Esquire, 1095 Ben Franklin Hwy E, Douglassville, PA 19518-1800 |
| 14830622 | + | Beth Bates, 35 Reagan Drive, Sellersville, PA 18960-1664 |
| 14877423 | + | Borough of Pottstown, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14877421 | + | Borough of Pottstown, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14830623 | + | Borough of Pottstown, 100 E High Street, Pottstown, PA 19464-5438 |
| 14877609 | + | Borough of Pottstown and Pottstown School District, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14830626 | + | Cheryl Allerton, Esq, 1095 Ben Franklin Hwy E, Douglassville, PA 19518-1800 |
| 14830629 | + | Eala & Brian Clarke, 244 N Keim Street, Pottstown, PA 19464-4417 |
| 14833476 | + | Lakeview Loan Services,LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14830633 | + | Mark James Stickney, 15918 Noble Night Drive, Po Box 12017, San Antonio, TX 78212-0017 |
| 14830638 | + | Portnoff Law Associates LTD, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14877422 | + | Pottstown School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14877425 | + | Pottstown School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14830639 | + | Pottstown School District, 230 Beech Street, PO Box 779, Pottstown, PA 19464-0779 |
| 14830640 | + | Russell Bryant, Esq., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14830641 | + | Shirley Bates, 20 N Sage Hill Lane, Albany, NY 12204-1316 |
| 14847853 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14848150 | ++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, P.S., PO BOX 3978, SEATTLE, WA 98124-3978 |
| 14843869 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 15 2024 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14831572 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 00:13:56 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14831989 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 00:13:59 | Ally Bank Department, AIS Portfolio Services, |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846180 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 00:14:09 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14830619 | + | Email/Text: ally@ebn.phinsolutions.com | May 15 2024 00:01:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14830620 | + | Email/Text: CSD-BankSO@oag.texas.gov | May 15 2024 00:01:00 | Attorney General/Child Support Division, Attn: Bankruptcy/Child Supprt Division, Po Box 12017, Austin, TX 78711-2017 |
| 14830625 | + | Email/Text: BKPT@cfna.com | May 15 2024 00:01:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14836404 | | Email/Text: BKPT@cfna.com | May 15 2024 00:01:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14830624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 00:13:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839103 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2024 00:14:09 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14839233 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 00:13:47 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14830627 | + | Email/Text: dylan.succa@commercialacceptance.net | May 15 2024 00:01:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14830628 | + | Email/Text: electronicbkydocs@nelnet.net | May 15 2024 00:01:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14830630 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 15 2024 00:01:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14846235 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 15 2024 00:01:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14838037 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 00:01:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14845182 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2024 00:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14845344 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2024 00:01:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14830632 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2024 00:01:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14833274 | ^ | MEBN | May 14 2024 23:55:32 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14844309 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 00:13:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14830635 | + | Email/PDF: pa_dc_claims@navient.com | May 15 2024 00:13:50 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14830634 | + | Email/PDF: pa_dc_claims@navient.com | May 15 2024 00:13:57 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14848372 | | Email/PDF: pa_dc_claims@navient.com | May 15 2024 00:14:10 | Navient Solutions, LLC., PO BOX 9000, Wilkes-Barre, PA 18773-9000 |
| 14838872 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 15 2024 00:01:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14839217 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 15 2024 00:01:00 | Navient Solutions, LLC. on behalf of Ascendium Edu, PO BOX 809142, Chicago, IL 60680-9142 |

Case 23-13444-amc    Doc 31    Filed 05/16/24    Entered 05/17/24 00:34:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14843351 | + | Email/PDF: cbp@omf.com | May 15 2024 00:13:47 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14830636 | + | Email/PDF: cbp@omf.com | May 15 2024 00:13:49 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14830637 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14848130 | | Email/PDF: pa_dc_claims@navient.com | May 15 2024 00:13:47 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14830642 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:47 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14830643 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14847853 | | Email/Text: bncmail@w-legal.com | May 15 2024 00:01:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14848150 | | Email/Text: bncmail@w-legal.com | May 15 2024 00:01:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., PO BOX 3978, SEATTLE, WA 98124-3978 |
| 14830644 | + | Email/Text: bncmail@w-legal.com | May 15 2024 00:01:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14843691 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 15 2024 00:13:59 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14839313 | + | Email/Text: electronicbkydocs@nelnet.net | May 15 2024 00:01:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14830645 | + | Email/Text: bkelectronicnotices@usaa.com | May 15 2024 00:01:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14831646 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14836470 | *+ | Bachman's Roofing, Building & Remodeling, Inc., c/o Cheryl J. Allerton, Esquire, 1095 Ben Franklin Hwy E, Douglassville, PA 19518-1800 |
| 14838039 | * | Internal Revenue Service, PO BOX 7317, Philadelphia, PA 19101-7317 |
| 14876073 | * | Internal Revenue Service, PO BOX 7317, Philadelphia, PA 19101-7317 |
| 14830631 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHERYL J. ALLERTON | on behalf of Creditor Bachman's Roofing Building & Remodeling cjallerton@allertonbell.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Pottstown and Pottstown School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH L QUINN | on behalf of Debtor Corrie Lee Bates CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Corrie Lee Bates, | : | Chapter 13 |
| Debtor | : | Case No.:  23-13444-amc |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the praecipe to voluntarily dismiss the bankruptcy case pursuant to 11 U.S.C. §1307(b) filed by Corrie Lee Bates ("Debtor"), it is hereby **ORDERED**:

1. This Chapter 13 Bankruptcy Case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed Chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if not filed prior to the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6, has been entered on the docket within sixty three (63) days of the entry of this Order, then the Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed Chapter 13 payments in his possession to Debtors pursuant to 11 U.S.C. §1326(a)(2).

Date:  May 14, 2024

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE