# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Corrie Lee Bates,                |        Chapter 13
           Debtor(s)            |        BK No. 23-13444-amc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Corrie Lee Bates, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on May 15, 2024 along with the Notice of Application and Certificate of Service were timely served on parties in interest on May 15, 2024.

3. A response deadline to the application was due on or before June 5, 2024.

4. As of June 6, 2024, no response to said Application has been received.

                                       **ROSS, QUINN & PLOPPERT, P.C.**

                                       By: */s/ Joseph L. Quinn*_____
                                            Joseph L. Quinn, Esquire
                                            Attorney for Debtor
                                            Attorney I.D. No. 307467
                                            192 S. Hanover Street, Suite 101
                                            Pottstown, PA 19464
                                            Ph: (610) 323-5300

Dated: June 6, 2024