**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Corrie Lee Bates, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 23-13444-amc |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Corrie Lee Bates, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on May 15, 2024.

3. A certificate of service was filed with this Court on May 15, 2024 declaring timely service to parties in interest.

4. A certificate of no response to Counsel's application for compensation was filed with this Court on May 15, 2024.

5. As per the dismissal order dated May 14, 2024, Counsel certifies:

    a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

    b. No additional applications for payment of administrative expenses have been filed.

**ROSS, QUINN & PLOPPERT, P.C.**

BY:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 100
      Pottstown, PA  19464
      T: (610) 323 - 5300
      F: (610) 323 - 6081
Date: June 6, 2024      JQuinn@rqplaw.com